UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNY ALVAREZ, | ) | CASE NO. EDCV 11-588-VBF (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| DOMINGO URIBE, JR., | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 9/13/11.

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Alvarez - Judgment.wpd